IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvest Enterprises Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Elevele LLC, et al.,<br><br>        Defendants. | No. CV-19-04831-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss without Prejudice (Doc. 32), filed on November 22, 2019,

**IT IS ORDERED** approving the Stipulation (Doc. 32) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 26th day of November, 2019.

Honorable Diane J. Humetewa
United States District Judge